No. 3163

Second Circuit

---

CARTER

v.

HOLLINGSWORTH REALTY CO., INC.

---

(March 14, 1928. Opinion and Decree.)

---

(*Syllabus by the Editor*)

ON MOTION TO DISMISS APPEAL

1. Louisiana Digest—Appeal—Par. 320, 325, 326, 516.

Where the trial court under Art. 575 of the Code of Practice, dismisses the appeal for insufficient bond, and ap-

pellant fails to question the trial court's ruling, the appeal must be dismissed.

(Refer to Act 112 of 1916.—Editor's Note.)

Appeal from the City Court of the City of Shreveport. Hon. David B. Samuel, Judge.

Action by Mrs. L. M. Carter et al against Hollingsworth Realty Company, Inc.

There was judgment for plaintiffs and defendant appealed.

Motion to dismiss appeal sustained.

Foster, Hall & Smith, of Shreveport, attorneys for plaintiffs, appellees.

W. B. Massey, of Shreveport, attorney for defendant, appellant.

WEBB, J. The defendant appealed from a judgment rendered against it and on rule filed in the trial court to test the sufficiency of the appeal bond, judgment was rendered declaring the bond insufficient and dissolving the appeal, in which ruling the defendant apparently acquiesced, and on motion duly made here to dismiss the appeal for want of bond, the defendant does not make any appearance.

The trial court was vested with jurisdiction to test the sufficiency of the appeal bond (Art. 575, C. P.; Goodrich vs. Bodley, 35 La. Ann. 525; Vredenburg vs. Behan, 32 La. Ann. 477) and the appellant having failed to question the correctness of the ruling, there is no bond, and the appeal must be dismissed. (Huppenbauer vs. Durlin, 23 La. Ann. 739; Baker vs. Shultz, 35 La. Ann. 524).

The motion to dismiss the appeal is therefore sustained.